**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 8, 2019 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-5552 (KAM) |
| **NAME OF CASE(S):** | **YOUNG ET AL. V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Antollino |
| **FOR DEFENDANT(S):** | DeLuca |
| **NEXT CONFERENCE(S):** | **DECEMBER 19, 2019 AT 2:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 3:05 - 3:14 |

**RULINGS FROM TELEPHONE CONFERENCE:**

For the reasons discussed on the record, Defendant's Motion to Compel [52] is granted. Plaintiff shall produce outstanding discovery responses by November 15, 2019. The Court will hold an in-person settlement conference on December 19, 2019 at 2:00 p.m. Parties shall file ex parte settlement statements by December 16, 2019.